UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ERLINDA URSUA,      )
LORENZO URSUA, individually )
and as Executor for the       )      No. C 04-3006 BZ
ESTATE OF ERLINDA URSUA,      )
ROXANNE BAUTISTA and RHODORA)
URSUA,                        )
                              )      **BRIEFING SCHEDULE**
        Plaintiff(s),         )
                              )
     v.                       )
                              )
ALAMEDA COUNTY MEDICAL        )
CENTER, et al.,               )
                              )
        Defendant(s).         )
_____)

Following receipt of Mr. Casper's letter dated July 14, 2005 and Mr. Rockwell's letter dated July 15, 2005, **IT IS HEREBY ORDERED** as follows:

1. If plaintiff wishes to seek a continuance of the trial and pretrial dates, she must file a motion to continue. If such a motion is filed, any opposition must be filed within seven (7) calendar days and any reply must be filed within three (3) calendar days of the opposition. The court will schedule a hearing if it deems one necessary. The parties are

1

1   reminded to support factual assertions with appropriate

2   declarations based on personal knowledge.

3       2.  In the interim, the current pretrial scheduling order

4   remains in effect.

5   Dated:  July 15, 2005

6   _____

7               Bernard Zimmerman
               United States Magistrate Judge

8

9   G:\BZALL\-BZCASES\ESTATE OF URSUA\BRIEFING ORDER. WPD.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28