Stan Casper (State Bar No. 56705)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, and LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA; ROXANNA BAUTISTA; and RHODORA URSUA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER; COUNTY OF ALAMEDA; RENEE PAVON; ABC SECURITY SERVICE, INC.; and DOES 1 through 100,<br><br>Defendants. | *Case No.* 3:04-CV-3006-BZ<br><br>**STIPULATION RE EXPERT DISCLOSURE** |

The parties herein, having met and conferred on this issue, hereby stipulate that the Disclosure of Expert Testimony set for August 8, 2005, will not require written reports, as outlined in F.R.C.P. 26(2)(B).

The parties herein stipulate that there shall be a mutual exchange of Expert Disclosure on August 8, 2005, that will follow the requirements set forth in C.C.P. §2034.260.

Dated: 8/3/05

_____
Gregory J. Rockwell
BOORNAZIAN, JENSEN & GARTHE
Attorneys for Defendant ACMC

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Estate of Erlinda Ursua et al. v. Alameda County Medical Center*, No. 3:04-CV-3006-BZ
Stipulation re Expert Disclosure

Page 1

Dated: 8/3/2005

_____
Edwin J. Wilson, Jr.
**ERICKSON, BEASLEY, HEWITT & WILSON**
Attorneys for Defendant Alameda County

Dated: 8/3/05

Elizabeth A. Myer for
_____
Ross R. Nott
**LAPLANTE, SPINELLI & DONALD**
Attorneys for Defendant ABC Security

Dated: 8/3/05

_____
Stan Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: August 9, 2005

_____
Hon. Bernard Zimmerman
**U.S. MAGISTRATE JUDGE**

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Estate of Erlinda Ursua et al. v. Alameda County Medical Center*, No. 3:04-CV-3006-BZ
Stipulation re Expert Disclosure

Page 2