UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>      Defendant(s). | No. C 04-3006 BZ<br><br>**AMENDED ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** |

Following a telephonic conference on August 8, 2005, **IT IS HEREBY ORDERED** that my November 30, 2004 order scheduling pretrial and trial dates is amended as follows:

1. <u>DATES</u>

Trial Date: To Be Determined

Pretrial Conference: To Be Determined

Last Day for Expert Discovery: Wednesday, 9/14/2005

Close of Non-expert Discovery: Wednesday, 9/7/2005

Last Day to Hear Dispositive Motions:  Wednesday, 10/26/2005

1

1    Any dispositive motions must be filed by September 21,
2  2005.  Any oppositions must be filed by October 5, 2005.  Any
3  replies must be filed by October 12, 2005.  Except as modified
4  above, my November 30, 2004 Order remains in full force and
5  effect.
6  Dated: August 9, 2005

             _____
                   Bernard Zimmerman
                United States Magistrate Judge

10  G:\BZALL\-BZCASES\ESTATE OF URSUA\AMEND.CMC.ORD.wpd