UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, ) <br> LORENZO URSUA, individually ) <br> and as Executor for the ) <br> ESTATE OF ERLINDA URSUA, ) <br> ROXANNE BAUTISTA and RHODORA ) <br> URSUA, ) <br> ) <br>        Plaintiff(s), ) <br> ) <br>   v. ) <br> ) <br> ALAMEDA COUNTY MEDICAL ) <br> CENTER, et al., ) <br> ) <br>        Defendant(s). ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | No. C 04-3006 BZ <br><br> **SECOND AMENDED ORDER** <br> **SCHEDULING JURY TRIAL** <br> **AND PRETRIAL MATTERS** |

**IT IS HEREBY ORDERED** that my August 9, 2005 amended order scheduling pretrial and trial dates is amended as follows:

1.  <u>DATES</u>

Trial Date: Tuesday, 1/17/2005, ten days, **at 8:30 a.m.**

Pretrial Conference: Tuesday, 1/10/2005, **at 4:00 p.m.**

Last Day for Expert Discovery: Wednesday, 9/14/2005

Close of Non-expert Discovery: Wednesday, 9/7/2005

Last Day to Hear Dispositive Motions:  Wednesday, 10/26/2005

   Any dispositive motions must be filed by September 21,

1

1 | 2005.  Any oppositions must be filed by October 5, 2005.  Any
2 | replies must be filed by October 12, 2005.  Except as modified
3 | above, my November 30, 2004 order scheduling pretrial and
4 | trial dates remains in full force and effect.
5 | Dated: September 6, 2005

*/s/ Bernard Zimmerman*

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\AMEND2.CMC.ORD.wpd