UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA,<br>LORENZO URSUA, individually<br>and as Executor for the<br>ESTATE OF ERLINDA URSUA,<br>ROXANNE BAUTISTA and RHODORA<br>URSUA,<br><br>      Plaintiff(s),<br><br>   v.<br><br>ALAMEDA COUNTY MEDICAL<br>CENTER, et al.,<br><br>      Defendant(s). | No. C 04-3006 BZ<br><br>**SECOND AMENDED ORDER<br>SCHEDULING JURY TRIAL<br>AND PRETRIAL MATTERS** |

**IT IS HEREBY ORDERED** that my August 9, 2005 amended order scheduling pretrial and trial dates is amended as follows:

1.  <u>DATES</u>

Trial Date: Tuesday, 1/17/2006, ten days, **at 8:30 a.m.**

Pretrial Conference: Tuesday, 1/10/2006, **at 4:00 p.m.**

Last Day for Expert Discovery: Wednesday, 9/14/2005

Close of Non-expert Discovery: Wednesday, 9/7/2005

Last Day to Hear Dispositive Motions: Wednesday, 10/26/2005

Any dispositive motions must be filed by September 21, 2005.

1

Any oppositions must be filed by October 5, 2005.  Any replies must be filed by October 12, 2005.  Except as modified above, my November 30, 2004 order scheduling pretrial and trial dates remains in full force and effect.

Dated: September 6, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\AMEND2.CMC.ORD.wpd