UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, ) <br> LORENZO URSUA, individually ) <br> and as Executor for the ) <br> ESTATE OF ERLINDA URSUA, ) <br> ROXANNE BAUTISTA and RHODORA ) <br> URSUA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ALAMEDA COUNTY MEDICAL ) <br> CENTER, et al., ) <br> ) <br> Defendant(s). ) <br> _____) | No. C 04-3006 BZ <br><br> **THIRD AMENDED ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** |

**IT IS HEREBY ORDERED** that my September 6, 2005 amended order scheduling pretrial and trial dates is amended as follows:

1. <u>DATES</u>

Trial Date: Monday, 6/19/2006, ten days, **at 8:30 a.m.**

Pretrial Conference: Tuesday, 6/13/2006, **at 4:00 p.m**.

Last Day to Hear Dispositive Motions:  Wednesday, 10/26/2005

Any dispositive motions must be filed by September 21, 2005.

Any oppositions must be filed by October 5, 2005.  Any replies

1

must be filed by October 12, 2005.  Except as modified above, my November 30, 2004 order scheduling pretrial and trial dates remains in full force and effect.

Dated: September 15, 2005

                              *Bernard Zimmerman* (signature)
                              Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\AMEND3.CMC.ORD.wpd
`