ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS

LARRY E. COOK
THOM SEATON
MICHA STAR LIBERTY

LAW OFFICES OF
**CASPER, MEADOWS, SCHWARTZ & COOK**
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

TEL: (925) 947-1147
FAX: (925) 947-1131
EMAIL: INFO@CMSLAW.COM

September 26, 2005

Hon. Bernard Zimmerman
U.S. Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   Ursua, et al. v. Alameda County Medical Center, et al.
       U.S. District Court Case No. C-04-3006 BZ
       **Administrative Request**

Dear Judge Zimmerman:

Having first directed this request to your clerk, Lashonda Scott, I am now requesting the Court's permission to file one narrative Statement of Facts (I am not referring to the Separate Statement of Undisputed Facts but, rather, the factual narrative in our brief) that will serve for all three of the plaintiffs' legal memoranda in opposition to the three separate motions for summary judgment now pending with the court (hearing date 10/26/05).

Plaintiffs' appreciate that they are limited to a total of three 25-page memoranda in opposition. By consolidating the Statement of Facts, it is plaintiffs' goal to respond in less than a total of 75 pages to all three motions, but under no circumstances to utilize any more than the 75 pages.

Pursuant to Ms. Scott's suggestion, I've attached a proposed order, if you are agreeable.

Very truly yours,

STAN CASPER

SC:slf
Enclosure

Stan Casper (State Bar No. 56705)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, and LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA; ROXANNA BAUTISTA; and RHODORA URSUA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER; COUNTY OF ALAMEDA; RENEE PAVON; ABC SECURITY SERVICE, INC.; and DOES 1 through 100,<br><br>Defendants. | **Case No.** 3:04-CV-3006-BZ<br><br>~~[PROPOSED]~~ ORDER RE PLAINTIFFS' ADMINISTRATIVE REQUEST |

**IT IS HEREBY ORDERED**, that in responding to the three defendants' motions for summary judgment, plaintiffs' are permitted to file one factual narrative brief applicable to all the defendants' motions, along with three separate legal memoranda. The total pages of the four documents may not exceed 75 pages.

DATED: September 27, 2005

_____
Hon. Bernard Zimmerman
United States District Magistrate

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Estate of Erlinda Ursua et al. v. Alameda County Medical Center*, No. 3:04-CV-3006-BZ
[Proposed] Order re Plaintiffs' Administrative Request
Page 1