UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA,<br><br>      Plaintiff(s),<br><br>   v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>      Defendant(s). | No. C 04-3006 BZ<br><br>**ORDER RE: HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

At the hearing on defendants' motions for summary judgment scheduled for October 26, 2005, at 10:00 a.m., **IT IS HEREBY ORDERED:**

1. Plaintiff and Alameda County Medical Center should be prepared to discuss whether a failure to act can cause or contribute to the creation of a dangerous condition within the meaning of L.W. v. Grubbs, 92 F.3d 894, 900 (9th Cir. 1996).

1

1       2.   Plaintiff and the County of Alameda should be
2       prepared to address whether the design immunity defense
3       requires that there be "substantial evidence"
4       specifically regarding the location and design of Room
5       B18/1319.
6 Parties may submit any further authority by letter brief citing
7 to specific cases by **October 25, 2005,** at **noon.**
8 Dated:  October 21, 2005

                                              Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\HEARING.ORD.wpd

2