UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA,<br>LORENZO URSUA, individually<br>and as Executor for the<br>ESTATE OF ERLINDA URSUA,<br>ROXANNE BAUTISTA and RHODORA<br>URSUA,<br><br>            Plaintiff(s),<br><br>      v.<br><br>ALAMEDA COUNTY MEDICAL<br>CENTER, et al.,<br><br>            Defendant(s). | No. C 04-3006 BZ<br><br>**ORDER REFERRING CASE TO**<br>**SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Elizabeth M. Laporte to conduct a settlement conference as soon as possible. The parties will be notified by Judge Laporte's chambers of the time and place.

Dated: October 26, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\SETTLEMENT REFERRAL.ORDER.wpd

1