**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ERLINDA URSUA, et al.,

        Plaintiffs,

    v.

ALAMEDA COUNTY MEDICAL, et al.,

        Defendants.

_____/

No. C 04-03006 BZ (EDL)

ORDER DENYING REQUEST
TO EXCUSE ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 28, 2005, defendant ABC Security Service, Inc. requested that its insurance carrier representative be excused from personally appearing at the settlement conference scheduled for November 4, 2005 because the representative, Christopher Golles, was located in Michigan.  Distance alone is not a sufficient ground to be excused.

Upon consideration of the request, the Court denies the request to excuse personal attendance. Therefore, it is hereby ORDERED that Mr. Golles appear in person at the settlement conference scheduled on November 4, 2005 Pacific Standard Time.

SO ORDERED.

Dated:  October 28, 2005

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge