UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ERLINDA URSUA,  )
LORENZO URSUA, individually )
and as Executor for the   )          No. C 04-3006 BZ
ESTATE OF ERLINDA URSUA,   )
ROXANNE BAUTISTA and RHODORA)          **ORDER**
URSUA,                     )
                           )
        Plaintiff(s),      )
                           )
     v.                    )
                           )
ALAMEDA COUNTY MEDICAL     )
CENTER, et al.,            )
                           )
        Defendant(s).      )
_____)

    **IT IS HEREBY ORDERED** that plaintiffs shall notify the

Court in writing by **December 1, 2005,** how they intend to

proceed against defendant Pavon.

Dated:  November 10, 2005

                            _____
                              Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\NOTICE.ORD.wpd