UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA,  )<br>LORENZO URSUA, individually )<br>and as Executor for the   )<br>ESTATE OF ERLINDA URSUA,   )<br>ROXANNE BAUTISTA and RHODORA)<br>URSUA,                     )<br>                           )<br>        Plaintiff(s),      )<br>                           )<br>    v.                     )<br>                           )<br>ALAMEDA COUNTY MEDICAL     )<br>CENTER, et al.,            )<br>                           )<br>        Defendant(s).       )<br>_____) | No. C 04-3006 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The Court having been advised that the parties to this matter have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  June 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\COND.DISMISS.ORD.wpd

1