UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA, <br><br>        Plaintiff(s), <br><br>  v. <br><br>ALAMEDA COUNTY MEDICAL CENTER, et al., <br><br>        Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 04-3006 BZ <br><br>**ORDER VACATING CONDITIONAL ORDER OF DISMISSAL** |

Having read Mr. Casper's letter dated June 8, 2006, it appears that the court was under a misapprehension that the entire matter had been settled. **IT IS THEREFORE ORDERED** that the Conditional Order of Dismissal entered June 5, 2006, is **VACATED**, *nunc pro tunc*. **IT IS FURTHER ORDERED** that **by June 30, 2006**, the parties jointly submit a proposed form of final judgment which will accurately reflect the final status of this case as to each defendant.

Dated: June 9, 2006

                                 Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\VACATE.COND.DISM.wpd

1