1  EDWIN J. WILSON, JR., No. 48881
   ERICKSON, BEASLEY, HEWITT & WILSON LLP
2  483 Ninth Street, Suite 200
   Oakland, California 94607
3  Telephone: (510) 839-3448; Fax: (510) 839-1622

4  Attorneys for Defendant
   County of Alameda
5

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ESTATE OF ERLINDA URSUA, et al.,    )  Case No. C 04-03006 BZ
                                          )
12                 Plaintiffs,  )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER DISMISSING CLAIMS**
13 v.                                     )  **AGAINST DEFENDANT ALAMEDA**
                                          )  **COUNTY WITH PREJUDICE**
14 ALAMEDA COUNTY MEDICAL                 )  **[Fed. R. Civ. P. 41(a)(1)]**
   CENTER, et al.,                        )
15                                        )  Trial Date: None
                   Defendants.  )
16 _____)

17       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Estate of Erlinda Ursua and Lorenzo Ursua,

18 individually and as Executor for the Estate of Erlinda Ursua, Roxanna Bautista, Rhodora Ursua, and

19 each of them, and Defendant Alameda County hereby stipulate, through their respective counsel, that

20 the above-entitled action shall be dismissed with prejudice as to Alameda County, and that each

21 party shall bear their own costs and attorney's fees.

22

23 Dated: June 26, 2006                      ERICKSON, BEASLEY, HEWITT & WILSON LLP

24

25                                             By: _____
                                                   Edwin J. Wilson, Jr.
26
                                             Attorneys for Defendant County of Alameda
27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING                                      USDC No. C 04-03006 BZ
CLAIMS AGAINST DEFENDANT ALAMEDA COUNTY WITH
PREJUDICE  [Fed. R. Civ. P. 41(a)(1)]         1

Dated: June 19, 2006          CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
    Stan Casper

Attorneys for Plaintiffs Estate of Erlinda Ursua and Lorenzo Ursua, individually and as Executor for the Estate of Erlinda Ursua, Roxanna Bautista, Rhodora Ursua

**IT IS SO ORDERED.**

Dated: _____June 27, 2006_____

BER[NARD ZIMMERMAN]
Unite[d States ...]

*DENIED*
*Judge Bernard Zimmerman*

Q:\Alameda County\Ursua 1280\Pld\Stip - Dismissal.061606.wpd

ALL PARTIES MUST STIPULATE PURSUANT TO RULE 41(a)(ii)

STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT ALAMEDA COUNTY WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)]

2

USDC No. C 04-03006 BZ

# PROOF OF SERVICE

*Estate of Erlinda Ursua, et al., v. Alameda County Medical Center, et al.*
U.S. District Court/N.D. Cal. No. C 04-3006 BZ

THE UNDERSIGNED STATES:

I am employed in the County of Alameda, California; I am over the age of 18 years, and am not a party to the above-entitled action. My business address is ERICKSON, BEASLEY, HEWITT & WILSON LLP, 483 Ninth Street, Suite 200, Oakland, California 94607. On June 26, 2006, I served the following:

**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT ALAMEDA COUNTY WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)]**

on the party or parties named below as follows:

**Attorneys for Plaintiffs Ursua, et al.**
Stan Casper
Thom Seaton
Casper, Meadows, Schwartz & Cook
2121 N. California Blvd., Ste. 1020
Walnut Creek, CA 94596
(925) 947-1147, **Fax (925) 947-1131**

**Attorneys for Defendant Alameda County Medical Center**
Gregory J. Rockwell
Boornazian, Jensen & Garthe
555 12th Street, Ste. 1800
PO Box 12925
Oakland, CA 94604-2925
(510) 834-4350, **Fax (510) 839-1897**

**Attorneys for Defendant ABC Security Service, Inc.**
Ross Nott
LaPlante & Spinelli
815 S Street, Second Floor
Sacramento, CA 95814
(916) 448-7888, **Fax (916) 448-6888**

[X] **(BY MAIL)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at ERICKSON, BEASLEY, HEWITT & WILSON LLP Oakland, California, following ordinary business practices. I am readily familiar with the practice of ERICKSON, BEASLEY, HEWITT & WILSON LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is collected.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California on June 26, 2006.

*Barbara Bissell*
Barbara Bissell