UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ERLINDA URSUA, LORENZO URSUA, individually and as Executor for the ESTATE OF ERLINDA URSUA, ROXANNE BAUTISTA and RHODORA URSUA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>    Defendant(s). | No. C 04-3006 BZ<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that a telephonic conference to discuss the entry of Final Judgment is scheduled for **Wednesday, July 5, 2006 at 1:30 p.m.** Counsel for the County of Alameda shall get all other counsel on the line and contact the court at **415-522-4093.**

Dated: June 30, 2006

                                       Bernard Zimmerman
                                       United States Magistrate Judge

G:\BZALL\-BZCASES\ESTATE OF URSUA\TELEPHONIC.CONF.3.ORD.wpd

1